*State, Respondent, v. Beasley, Petitioner*, No. 91360-9. Petition for review of a decision of the Court of Appeals, No. 68939-8-I, November 17, 2014, 184 Wn. App. 1033. *Denied* June 3, 2015.

*State, Respondent, v. Lester, Petitioner*, No. 91384-6. Petition for review of a decision of the Court of Appeals, No. 44633-2-II, February 18, 2015, 185 Wn. App. 1058. *Denied* June 3, 2015.

In re Marriage of Lawson, No. 91189-4. Petition for review of a decision of the Court of Appeals, No. 71495-3-I, November 25, 2014. *Denied* June 3, 2015.

State, Respondent, v. Cole, Petitioner, No. 91272-6. Petition for review of a decision of the Court of Appeals, No. 45755-5-II, January 5, 2015. *Denied* June 3, 2015.

State, Respondent, v. Thompson, Petitioner, No. 91281-5. Petition for review of a decision of the Court of Appeals, Nos. 45099-2-II and 45367-3-II, December 17, 2014. *Denied* June 3, 2015.

State, Respondent, v. Edward, Petitioner, No. 91284-0. Petition for review of a decision of the Court of Appeals, No. 31922-9-III, January 7, 2015. *Denied* June 3, 2015.

State, Respondent, v. Aranda, Petitioner, No. 91285-8. Petition for review of a decision of the Court of Appeals, No. 31311-5-III, January 7, 2015. *Denied* June 3, 2015.

In re Dependency of L.C.B.-S. et al., No. 91286-6. Petition for review of a decision of the Court of Appeals, Nos. 46126-9-II and 46133-1-II, December 30, 2014. *Denied* June 3, 2015.

State, Respondent, v. Castillo, Petitioner, No. 91304-8. Petition for review of a decision of the Court of Appeals, No. 32086-3-III, January 16, 2015. *Denied* June 3, 2015.